# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br> 425 Third Street SW, Suite 800 <br> Washington, DC 20024, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, <br> 1400 Defense Pentagon <br> Washington, DC 20301, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

Plaintiff Judicial Watch, Inc. ("Plaintiff") brings this action against Defendant U.S. Department of Defense ("Defendant") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3. Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization incorporated under the laws of the District of Columbia and headquartered at 425 Third Street SW, Suite 800, Washington, DC 20024. Plaintiff seeks to promote transparency, accountability, and integrity in government and fidelity to the rule of law. As part of its mission, Plaintiff regularly requests records from federal agencies pursuant to FOIA. Plaintiff analyzes the

responses it receives and disseminates its findings and responsive records to the American public to inform them about "what their government is up to."

4. Defendant U.S. Department of Defense is an agency of the United States Government. Defendant has possession, custody, and control of records to which Plaintiff seeks access. Defendant is headquartered at 1400 Defense Pentagon, Washington, DC 20301.

**STATEMENT OF FACTS**

5. On October 13, 2017, Plaintiff submitted a FOIA request to the United States Military Academy at West Point, New York, a component of Defendant, seeking the following:

> **1.** **Any and all records of communication sent to or from former Cadet Spenser Rapone mentioning "communist", "communism", "Hosein", "Republican", "Republicans", "socialism", "Antifa", "Clinton" and/or "Sanders" on his USMA email account. The time frame for the requested communications is July 2012 to May 2016.**
>
> **2.** **Any and all records of communication sent to or from former USMA history professor Rasheed Hosein mentioning "Spenser", "Rapone", "Republican", "Republicans", "Israel", "Antifa", "communist", "communism" and/or "Clinton" on his USMA email account. The time frame for the requested communications is July 2011 to May 2017.**
>
> **3.** **Any and all records of communications sent to or from Superintendent Robert Caslen regarding Professor Rasheed Hosein and/or CDT Rapone. The time frame for the requested communications is July 2011 to May 2017.**
>
> **4.** **Any and all job application materials submitted by Professor Hosein to USMA, including but not limited to resumes, CVs, letters of reference and writing samples.**
>
> **5.** **Any and all teaching materials, handouts, PowerPoint presentations, syllabi, lesson plans, class notes and other materials used by Professor Rapone in the Middle East history course he taught in which CDT Rapone was enrolled.**

6. By a letter dated November 6, 2017, the Department of the Army acknowledged receiving Plaintiff's request and advised Plaintiff the request has an assigned case FOIA Control Number of FP-18-002982.

7. As of the date of this Complaint, Defendant has failed to: (i) produce the requested records or demonstrate the records are lawfully exempt from disclosure; (ii) notify Plaintiff of the scope of any responsive records Defendant intends to produce or withhold and the reasons for any withholdings; or (iii) inform Plaintiff it may appeal any adequately specific, adverse determination.

## COUNT I

### Violation of FOIA, 5 U.S.C. § 552

8. Plaintiff realleges paragraphs 1 through 7 as if fully stated herein.

9. Defendant is violating FOIA, and Plaintiff is being irreparably harmed because of Defendant's violation of FOIA. Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with FOIA.

10. To trigger FOIA's administrative exhaustion requirement, Defendant was required to determine whether to comply with Plaintiff's request within the time limits set by FOIA. Accordingly, Defendant's determination was due on or before December 6, 2017. By this date, Defendant was required to: (i) gather and review the requested records; (ii) determine the scope of any responsive records Defendant intends to produce or withhold and immediately notify Plaintiff of its determination and the reasons for any withholdings; and (iii) inform Plaintiff it may appeal any adequately specific, adverse determination. *See*, *e.g.*, *Citizens for Responsibility and Ethics in Washington v. Federal Election Commission*, 711 F.3d 180, 188-89 (D.C. Cir. 2013).

- 4 -

11.     Because Defendant failed to determine whether to comply with Plaintiff's request within the time period required by FOIA, Plaintiff is deemed to have exhausted its administrative appeal remedies.  5 U.S.C. § 552(a)(6)(C)(i).

WHEREFORE, Plaintiff respectfully requests the Court: (1) order Defendant to search for any and all records responsive to Plaintiff's FOIA request and demonstrate it employed search methods reasonably likely to lead to the discovery of records responsive to the request; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's request and a Vaughn index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated:  November 2, 2018                                    Respectfully submitted,

/s/  James F. Peterson
James F. Peterson
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Tel:    (202) 646-5172
Email: jpeterson@judicialwatch.org

*Counsel for Plaintiff*